**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 OCT 23 A 9: 46

NIXON JAVIER SUSPES RUIZ, Petitioner (pro se)
v.
WARDEN, ELIZABETH CONTRACT DETENTION FACILITY, et al., Respondents.

**Civil Action No. 2:26-cv-12911-CCC**
Hon. Claire C. Cecchi, U.S.D.J.

**REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Dear Honorable Judge Cecchi:

I, Nixon Javier Suspes Ruiz, the pro se Petitioner in the above-captioned matter, respectfully request that the Court dismiss my petition for writ of habeas corpus under 28 U.S.C. § 2241 **without prejudice**.

I submit this request voluntarily. I understand that dismissal of this case will terminate this federal habeas action and may end the protection afforded by the October 2, 2026 order prohibiting my transfer from New Jersey while this action is pending. I further understand that dismissing this action does not itself require ICE to release me, and does not decide my immigration case.

To the extent a Court order is required, I respectfully request dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), without prejudice, subject to any conditions the Court considers appropriate. I ask the Clerk to close this civil case when dismissal becomes effective.

Thank you for your consideration.

Respectfully submitted,

Nixon Suspes

Nixon Javier Suspes Ruiz, Petitioner pro se
A-Number: A211-638-456
Elizabeth Contract Detention Facility
625 Evans Street
Elizabeth, NJ 07201

Date: 10-23-2026

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/27/2026